**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**



|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | CASE NO. CR2-09-137 |
| | | JUDGE WATSON |
| vs. | : | 18 U.S.C. § 2 |
| | | 18 U.S.C. § 371 |
| JUSTIN LAIN FRASURE, | : | 18 U.S.C. § 513(a) |
| (Counts 1-5) | | 18 U.S.C. § 513(b) |
| BRANDON A. HANSON, | : | 18 U.S.C. § 1028(a)(7) |
| (Counts 1, 6-12, 17) | | 18 U.S.C. § 1028(b)(1)(D) |
| GARY R. SMITH, JR., and | : | 18 U.S.C. § 1029(a)(3) |
| (Counts 1, 6-9, 13-14, 17) | | 18 U.S.C. § 1029(c)(1)(A)(i) |
| JOHN M. LENT | : | 18 U.S.C. § 1708 |
| (Counts 1, 15-16) | | |
| DEFENDANTS. | : | |

**SUPERSEDING INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

**18 U.S.C. 371 - CONSPIRACY**

1. From on or about August 1, 2008, through on or about November 30, 2008, in the

Southern District of Ohio and elsewhere, defendants JUSTIN LAIN FRASURE, BRANDON A.

HANSON, GARY R. SMITH, JR. and JOHN M. LENT unlawfully, intentionally and knowingly

did combine, conspire, confederate and agree with diverse other persons, both known and

1

unknown to the Grand Jury, to violate the laws of the United States, to wit:

    a)    to knowingly and unlawfully possess letters, postal cards, packages, bags or mail or any article or thing contained therein which has been stolen, taken embezzled or abstracted from the United States mail, knowing the same to have been so stolen, taken, embezzled, or abstracted in violation of 18 U.S.C. § 1708;

    b)    to steal, take, abstract, or by fraud or deception obtain from the United States mail any letter, postal card, package, bag, or mail, or abstract or remove from any such matter, any article or thing contained therein or secrete, embezzle or destroy any such letter, postal card, package, bag, or mail, or any article or thing contained therein in violation of 18 U.S.C. § 1708;

    c)    in or affecting interstate or foreign commerce or involving the mails, to knowingly transfer, possess or use, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law, or that constitutes a felony under any applicable State or local law in violation of 18 U.S.C. § 1028(a)(7);

    d)    making, uttering or possessing a counterfeited security of an organization, with intent to deceive another person, or organization in violation of 18 U.S.C. § 513(a).

OBJECT OF THE CONSPIRACY

    2. The object of the conspiracy was to steal mail, to obtain stolen mail from others and to extract personal information including credit cards, checks, social security numbers, addresses, dates of birth and other financial and identification information to produce and cash counterfeit and checks, access financial accounts and otherwise obtain money and other things of value

2

belonging to others.

MANNER AND MEANS

     3. The manner and means by which this purpose was carried out included but were not limited to the following:

     a) stealing mail from neighborhood mail boxes;

     b) opening the mail and extracting useful identity information, credit cards, blank cash advance checks, securities or other monetary instruments, then destroying the remaining mail;

     c) using the identity information, credit cards, blank cash advance checks, securities or other monetary instruments to unlawfully obtain money and property belonging to others.

OVERT ACTS

     4.    In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of Ohio and elsewhere:

     a.    On or about October 19, 2008, defendant JUSTIN LAIN FRASURE outside the Port Columbus Airport Hampton Inn, possessed approximately 18 pieces of stolen mail including 3 convenience checks for the account of "AH", a check made out to "JMM" in the amount of $5,000, a pay stub for "KS," a retirement portfolio, Target, Amex, Bank of America and Discover credit card statements and 2 convenience checks all for "GK."

     b.    From on or about mid August through on or about November 10, 2008, defendant JUSTIN LAIN FRASURE stole mail in the Italian Village area, in German Village, and in the area of Parsons and Livingston Avenue, all of the locations being in the City of Columbus.

     c.    On or about November 14, 2008, defendants GARY R. SMITH, JR. and BRANDON A. HANSON possessed stolen mail in a room at the Baymont Inn on Mediterranean Avenue in Columbus, Ohio;

d.     On or about November 14, 2008, defendants GARY R. SMITH, JR. and
       BRANDON A. HANSON were using a computer and printer with a check writing
       program and were also in possession of identification for other people, and
       counterfeit checks.

e.     On or about November 2, 2008, defendant BRANDON A. HANSON cashed a
       counterfeit check at a business in Zanesville, Ohio in the amount of $914.12.

f.     On or about November 2, 2008, defendant GARY R. SMITH, JR. cashed a
       counterfeit check at a business in Zanesville, Ohio in the amount of $946.27.

g.     On or about November 10, 2008, defendant JOHN M. LENT cashed a counterfeit
       check in the amount of $1,500 and a bank in Zanesville and attempted to cash a
       second counterfeit check in the amount of $4,500 at a different branch of the same
       bank.

All in violation of 18 U.S.C. § 371.


## COUNT TWO

### 18 U.S.C. § 1708 - POSSESSION OF STOLEN MAIL

On or about October 19, 2008, in the Southern District of Ohio, defendant JUSTIN LAIN

FRASURE, did knowingly and unlawfully possess letters, postal cards, packages, or mail or any

article or thing contained therein which has been stolen, taken, embezzled or abstracted from the

United States mail, post office or station, a letter box, mail receptacle or any mail route or other

authorized depository for mail matter knowing the same to have been so stolen, taken,

embezzled, or abstracted.

In violation of 18 U.S.C. § 1708.

4

## COUNT THREE

### 18 U.S.C. § 1708 - THEFT OF MAIL

On or about October 19, 2008, in the Southern District of Ohio, defendant JUSTIN LAIN FRASURE, did knowingly and unlawfully steal, take, abstract, or by fraud or deception obtain from the United States mail, post office or station, a letter box, mail receptacle or any mail route or other authorized depository for mail matter, any letter, postal card, package, bag, or mail, or abstract or remove from any such matter, any article or thing contained therein or secrete, embezzle or destroy any such letter, postal card, package, bag, or mail, or any article or thing contained therein.

In violation of 18 U.S.C. § 1708.

## COUNT FOUR

### 18 U.S.C. § 1708 - POSSESSION OF STOLEN MAIL

On or about November 10, 2008, in the Southern District of Ohio, defendant JUSTIN LAIN FRASURE, did knowingly and unlawfully possess letters, postal cards, packages, or mail or any article or thing contained therein which has been stolen, taken, embezzled or abstracted from the United States mail, post office or station, a letter box, mail receptacle or any mail route or other authorized depository for mail matter, knowing the same to have been so stolen, taken, embezzled, or abstracted.

In violation of 18 U.S.C. § 1708.

## COUNT FIVE

### 18 U.S.C. § 1708 - THEFT OF MAIL

On or about November 10, 2008, in the Southern District of Ohio, defendant JUSTIN

LAIN FRASURE, did knowingly and unlawfully steal, take, abstract, or by fraud or deception

obtain from the United States mail, post office or station, a letter box, mail receptacle or any

mail route or other authorized depository for mail matter, any letter, postal card, package, bag, or

mail, or abstract or remove from any such matter, any article or thing contained therein or

secrete, embezzle or destroy any such letter, postal card, package, bag, or mail, or any article or

thing contained therein.

In violation of 18 U.S.C. § 1708.

## COUNT SIX

### 18 U.S.C. § 1708 - POSSESSION OF STOLEN MAIL

On or about November 14, 2008, in the Southern District of Ohio, defendant

BRANDON A. HANSON and GARY R. SMITH, JR. did knowingly and unlawfully possess

letters, postal cards, packages, or mail or any article or thing contained therein which has been

stolen, taken, embezzled or abstracted from the United States mail, post office or station, a letter

box, mail receptacle or any mail route or other authorized depository for mail matter, knowing

the same to have been so stolen, taken, embezzled, or abstracted.

In violation of 18 U.S.C. § 1708 and § 2..

6

## COUNT SEVEN

### 18 U.S.C. § 1028(a)(7) - IDENTIFICATION FRAUD

On or about November 14, 2008, in the Southern District of Ohio, defendants

BRANDON A. HANSON and GARY R. SMITH, JR., in or affecting interstate and foreign

commerce and involving the mails, did knowingly possess and use, without lawful authority, a

means of identification of another person with the intent to commit, or to aid or abet, or in

connection with, any unlawful activity that constitutes a felony under any applicable State or

local law, and said offense involved the possession or use of 1 or more means of identification

and any individual committing the offense obtained anything of value aggregating $1,000 or

more during any 1- year period..

In violation of 18 U.S.C. § 1028(a)(7) and (b)(1)(D).

## COUNT EIGHT

### 18 U.S.C. § 513(a) - COUNTERFEIT SECURITIES

On or about November 14, 2008, in the Southern District of Ohio, defendants

BRANDON A. HANSON and GARY R. SMITH, JR., did make and possess a counterfeit

security of an organization with intent to deceive another person or organization, to wit: 3 checks

drawn on Bank of New York, payor being "P", an entity and being check numbers 1004, 1005

and 1006, each payable to defendant BRANDON HANSON and each in the amount of

$4,619.91; and one check drawn on Huntington National Bank, payor shown as Brandon A.

Hanson but using the account and routing numbers of "JMB", payable to Staples, Inc. in the

amount of $5,478.25.

In violation of 18 U.S.C. § 513(a) and § 2.

7

## COUNT NINE

### 18 U.S.C. § 513(b) - COUNTERFEITING IMPLEMENT FOR SECURITIES

On or about November 14, 2008, in the Southern District of Ohio, defendants

BRANDON A. HANSON and GARY R. SMITH, JR., did possess an implement designed for or

particularly suited for making a counterfeit or forged security with an intent that it be so used, to

wit: a computer and VersaCheck software.

In violation of 18 U.S.C. § 513(b) and § 2.

## COUNT TEN

### 18 U.S.C. § 513(a) - UTTERING A COUNTERFEIT SECURITY

On or about November 2, 2008, in the Southern District of Ohio, defendant BRANDON

A. HANSON did utter and possess a counterfeit security of an organization with intent to deceive

another person or organization, to wit: a check drawn on "HNB," on the account of "Columbus

College of Design" but using the account and routing numbers of "CCAD" and being check

number13646 payable to defendant BRANDON A. HANSON in the amount of $914.12.

In violation of 18 U.S.C. § 513(a).

## COUNT ELEVEN

### 18 U.S.C. § 513(a) - UTTERING A COUNTERFEIT SECURITY

On or about November 4, 2008, in the Southern District of Ohio, defendant BRANDON

A. HANSON did utter and possess a counterfeit security of an organization with intent to deceive

8

another person or organization, to wit: a check drawn on "HNB, on the account of "Columbus College of Art & Design" and being check number13684 payable to defendant BRANDON A. HANSON in the amount of $ 1,900.00.

In violation of 18 U.S.C. § 513(a).

## COUNT TWELVE

### 18 U.S.C. § 513(a) - UTTERING A COUNTERFEIT SECURITY

On or about November 4, 2008, in the Southern District of Ohio, defendant BRANDON A. HANSON did utter and possess a counterfeit security of an organization with intent to deceive another person or organization, to wit: a check drawn on "Huntington," on the account of "Columbus College of Art & Design" and being check number13678 payable to defendant BRANDON A. HANSON in the amount of $ 914.12.

In violation of 18 U.S.C. § 513(a).

## COUNT THIRTEEN

### 18 U.S.C. § 513(a) - UTTERING A COUNTERFEIT SECURITY

On or about November 2, 2008, in the Southern District of Ohio, defendant GARY R. SMITH, JR. did utter and possess a counterfeit security of an organization with intent to deceive another person or organization, to wit: a check drawn on "HNB, on the account "Columbus College of Design but using the account and routing numbers of "CCAD" and being check number13663 payable to defendant GARY R. SMITH, JR. in the amount of $946.27.

In violation of 18 U.S.C. § 513(a).

9

## COUNT FOURTEEN

### 18 U.S.C. § 513(a) - UTTERING A COUNTERFEIT SECURITY

On or about November 6, 2008, in the Southern District of Ohio, defendant GARY R. SMITH, JR. did utter and possess a counterfeit security of an organization with intent to deceive another person or organization, to wit: a check drawn on "HNB" on the account of Columbus College of Art & Design and being check number13686 payable to defendant GARY R. SMITH, JR. in the amount of $ 284.67.

In violation of 18 U.S.C. § 513(a).

## COUNT FIFTEEN

### 18 U.S.C. § 513(a) - UTTERING A COUNTERFEIT SECURITY

On or about November 10, 2008, in the Southern District of Ohio, defendant JOHN M. LENT did utter and possess a counterfeit security of an organization with intent to deceive another person or organization, to wit: a check drawn on "Huntington Bank," which appeared to be on the account of "Brandon A. Hanson" but with the account number of "JMB" and being check number1841 payable to defendant JOHN M. LENT in the amount of $ 1,500.00.

In violation of 18 U.S.C. § 513(a).

## COUNT SIXTEEN

### 18 U.S.C. § 513(a) - UTTERING A COUNTERFEIT SECURITY

On or about November 10, 2008, in the Southern District of Ohio, defendant JOHN M. LENT did utter and possess a counterfeit security of an organization with intent to deceive

10

another person or organization, to wit: a check drawn on "Huntington Bank," which appeared to be on the account of "Brandon A. Hanson" but with the account number of "JMB" and being check number1831 payable to defendant JOHN M. LENT in the amount of $ 4,500.00.

In violation of 18 U.S.C. § 513(a).

## COUNT SEVENTEEN

### 18 U.S.C. § 1029(a)(3) - ACCESS DEVICE FRAUD

On or about November 14, 2008, in the southern District of Ohio, defendants BRANDON A. HANSON and GARY R. SMITH, JR., affecting interstate and foreign commerce, did knowingly and with intent to defraud possess fifteen or more devices which are unauthorized access devices.

In violation of 18 U.S.C. § 1029(a)(3) and (c)(1)(A)(i).

A True Bill.

S| FOREPERSON

Foreperson

GREGORY G. LOCKHART,
UNITED STATES ATTORNEY

GARY L. SPARTIS (0623428)
DEPUTY CRIMINAL CHIEF,
ASSISTANT UNITED STATES ATTORNEY

11