IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    VS.                        :      No. CR-2-09-173(4)
                                         JUDGE WATSON

JOHN M. LENT

## GOVERNMENT'S PLEA AGREEMENT SUBMISSION OF ELEMENTS AND PENALTIES FOR 18 U.S.C. §§371 AND 1029(a)(3)

### COUNT 1

1.  **ELEMENTS: 18 U.S.C. §371**

    First: That the conspiracy described in the Superseding Indictment was willfully formed, and was existing at or about the time alleged;

    Second: That said accused willfully became a member of the conspiracy;

    Third: That at least one overt act was knowingly done in furtherance of some object or purpose of the conspiracy, as charged;

    Fourth: That such overt act was knowingly done by a member of the conspiracy during the course of its existence;

    Fifth: That such conspiracy existed, in whole or in part, at or about the time alleged in the Southern District of Ohio.

2. PENALTIES

A. Mandatory Minimum: None.

B. Possible Maximum: 5 years in prison, a fine of $250,000, 3 years supervised release, and $100 special assessment.

CARTER M. STEWART
United States Attorney

*/s/ Deborah A. Solove*

DEBORAH A. SOLOVE (0024552)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Deborah.Solove@usdoj.gov